UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| ENRON CORPORATION, ET AL., | § § | CASE NO. 01-16034-A.G. |
| | § | (SOUTHERN DISTRICT NEW YORK) |
| DEBTORS | § § | |

| | | |
|---|---|---|
| | § | |
| OFFICIAL EMPLOYMENT-RELATED | § | |
| ISSUES COMMITTEE OF ENRON CORP. | § | |
| ET AL. | § | |
| | § | |
| VS. | § | ADVERSARY NO. 03-3522 |
| | § | |
| JOHN D. ARNOLD, ET AL. | § | |

*Satisfaction and Release of Judgment*

The Official Employment-Related Issues Committee (the "Employee Committee"), for good and proper consideration already received, hereby releases and forever discharges the Final Judgment, dated December 9, 2005, against Frank Ermis, but solely and exclusively as to Frank Ermis, a copy of which Final Judgment is attached to this release. This Release shall in no way affect the Employee Committee's rights under the Final Judgment as to any other judgment debtor not specifically named and released herein, and all such rights are expressly preserved.

Dated: 12-28-2005

_____
The Official Employment-Related Issues Committee

By: _____

Its: _____



The following constitutes the order of the Court.

Signed December 9, 2005                                United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ENRON CORPORATION, et al., | § | CASE NO. 01-16034-AJG |
| | § | (Southern Dist. of New York) |
|     D E B T O R S. | § | |
| | § | |
| | § | |
| OFFICIAL EMPLOYMENT-RELATED | § | |
| ISSUES COMMITTEE OF ENRON CORP., | § | |
|     PLAINTIFF, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 03-3522 |
| | § | |
| JOHN D. ARNOLD, et al., | § | |
|     DEFENDANTS. | § | |

### FINAL JUDGMENT

For the reasons stated in the Memorandum of Decision signed December 9, 2005,

**IT IS HEREBY ORDERED** that the Official Employment-Related Issues Committee of Enron Corp., Plaintiff, do have and recover

judgment of and from the following individuals the following amounts together with interest from March 28, 2003, at 1.32% percent per annum until paid:

| Name of Individual | Amount |
| --- | --- |
| Berney Aucoin | $150,000 |
| Robert Badeer | $1,300,000 |
| Robert Benson | $1,750,000 |
| Craig Breslau | $200,000 |
| Mark D. Davis | $1,800,000 |
| Frank Ermis | $850,000 |
| Douglas Gilbert-Smith | $275,000 |
| Andrew Lewis | $650,000 |
| Laura Luce | $250,000 |
| Lawrence May | $850,000 |
| Bradley McKay | $300,000 |
| Matthew Motley | $2,300,000 |
| Kevin Presto | $2,000,000 |
| Kevin Ruscitti | $325,000 |
| Fletcher Sturm | $1,750,000 |
| Michael Swerzbin | $2,600,000 |
| Barry Tycholiz | $650,000 |

**IT IS FURTHER ORDERED** that the Plaintiff's motion for reconsideration of Judge Greendyke's ruling on § 549 causes of action is **DENIED**.

###END OF ORDER###